AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*October 31, 2024*
Nathan Ochsner, Clerk of Court

United States of America
v.
Dustin Shane Gentry

*Defendant(s)*

Case No. **4:24-mj-477**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 1, 2013 to present in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Perusich, Deputy U.S. Marshal
*Printed name and title*

Sworn to telephonically.

Date: 10/31/2024

*Judge's signature*

City and state: Houston, Texas

Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset

**4:24-mj-477**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, Justin Perusich, being duly sworn, hereby depose and state the following:**

1. I am a Deputy United States Marshal for the United States Marshals Service and have been so employed since 2002. I am assigned to the Gulf Coast Violent Offenders and Fugitive Task Force in the Southern District of Texas. In accordance with the performance of my duties, I am assigned to locate and apprehend fugitives, conduct criminal investigations, and make arrests. I have received additional training from the U.S. Marshals Service regarding the investigation of violations of the Sex Offender Registration and Notification Act. Prior to becoming a Deputy U.S. Marshal, I served in the United States Marine Corps for four years.
2. Based on the facts and circumstances outlined below, there is probable cause to believe that Dustin Shane GENTRY (hereafter "GENTRY"), has violated Title 18, United States Code, Section 2250(a), in that he has failed to comply with the Sex Offender Registration and Notification Act. This affidavit is based on my personal observations, knowledge, experience, training, and information relayed to me by other sworn law enforcement officers. The facts set forth in this affidavit are not the only facts known to your affiant for the limited purposes of establishing probable cause for arrest.
3. Throughout this affidavit, statements made by sources of information and other witnesses are set forth in substance and in pertinent part unless otherwise indicated. Furthermore, the facts and circumstances of this investigation have

been set forth in pertinent part for the purpose of this affidavit and do not include the complete factual history of this investigation, or all of its details.

4. The following paragraphs are furnished to establish probable cause in support of this criminal complaint.

5. On May 12, 2010, GENTRY, Dustin was convicted in the Southern District of Texas-Houston Division of 18 USC 2252A(a)(5)(B) and 2252A(b)(2), possession of child pornography, under case number 4:09-CR-500.

6. This conviction requires GENTRY to register as a sex offender in the state of Texas for life. The Sex Offender Registration and Notification Act (SORNA) requires GENTRY to register as a Tier I sex offender for 15 years.

7. On or about June 01, 2010, GENTRY first registered as a sex offender with the Harris County Sheriff's Department while out on bond pending his self-surrender.

8. On January 30. 2012, GENTRY registered with the Houston Police Department while staying at the Leidel Halfway House.

9. On March 26, 2012, GENTRY was released from the Bureau of Prison which starts his duty to register as a sex offender until March 26, 2027.

10. As part of GENTRY'S duty to register as a sex offender he is required to report any changes to online identifiers, including the establishment of any new online identifier not already included on his registration form, to his primary registration authority in the manner prescribed by the authority, no later than the 7th day after the change. GENTRY initialed this section numerous times over the years saying he understood this requirement.

11. According to Reddit, user 'Rakai Radomi' created an account around July 8, 2013, and the account was active as of May 9, 2024. The email address utilized by the subject was rakai.randomi@gmail.com.

12. Information obtained through an FBI subpoena served on PayPal identified that the subscriber of 'rakai.radomi@gmail.com' was associated with account 1482281155660307690. This account was labeled as a personal account for Dustin GENTRY, PayPal ID 'rakairadomi'. The user listed their home address as 12 Ranchwood Lane, Dayton, TX 77535, mobile telephone number 832-207-8005, and the aforementioned email address. The user created the account on or about November 7, 2014. In September 2020, the user updated their mailing address to 5419 Bobolink St, Houston, TX 77017.

13. Both GENTRY and GENTRY'S brother have lived at 12 Ranchwood Lane in Dayton, TX, in the past. According to the sex offender registry, GENTRY registered cell phone number 832-207-8005 from January 30, 2012, through April 30, 2019. Furthermore, in September 2020, GENTRY registered his residential address as 5419 ½ Bobolink Street in Houston, TX.

14. GENTRY has telephone number 832-546-7905 currently registered as his number with the Houston Police Department's sex offender registration unit. FBI subpoena returns from AT&T identified the subscriber of telephone number 832-546-7905 as Dustin GENTRY, account number 922966240, of 12 Ranch Wood Lane, Dayton, Texas. The account was activated on or about January 10, 2019, with a device carrying the IMSI of 310150757704830 (IMSI stands for

'International Mobile Subscriber Identity,' a unique number that's stored on a mobile device's SIM card, that identifies a mobile phone user on a cellular network and is used by mobile network operators (MNOs) to authenticate users and manage mobile connectivity). According to AT&T, the account is active and current as of October 2024.

15. Dustin GENTRY is the suspected subscriber of telephone number 832-207-8005, account number 275670524. The payer for the account was identified as Trevor Gentry, as the card utilized for payments was in the name of Dustin Gentry. The IMEI for the handset as of October 8, 2024, at 23:42:50 was 358957940291882.

16. FBI Special Agents also served subpoenas on Meta / Facebook, Kik, TikTok, and X / Twitter and the following information was returned pursuant to the subpoenas.:

   a. A Facebook account with username/vanity name of rakai.radomi was set up using email address rakai.radomi@gmail.com and phone number 832-207-8005. The cell phone was verified by Facebook. The account was created on September 28, 2013, and was logged into as recently as June 01, 2024, per the subpoena return.

   b. A Kik account was located with username RakaiRadomi. The account was registered on February 10, 2014, with an email address of rakai.radomi@gmail.com. The account was active as of July 19, 2024.

   c. A TikTok account with username rakai.radomi was created on January 24, 2020, using the email address of rakai.radomi@gmail.com and telephone number of 832-207-8005. The last login was on April 18, 2024.

d. An X / Twitter account with username Rakai_Radomi was also created on November 11, 2013. The account was created with email address of rakai.radomi@gmail.com.

17. DUSM Perusich confirmed with GENTRY'S sex offender registration paperwork that neither the email rakai.radomi@gmail.com, the Reddit username, the TikTok username, the Facebook username, nor the Kik username were ever registered with the Houston Police Department's sex offender registration unit, as required by law.

18. Accordingly, based on the facts and circumstances outlined above, there is probable cause to believe that on or about July 1, 2013, and continuing through the present date, in the Southern District of Texas, Dustin Shane GENTRY, an individual required to register under the Sex Offender Registration and Notification Act, knowingly failed to register as a sex offender as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

Respectfully submitted,

Justin Perusich
Deputy U.S. Marshal

Sworn to and subscribed telephonically on this 31st day of October 2024, and I find probable cause.

Honorabel Yvonne Y. Ho
United States Magistrate Judge